FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSA R.<br>o/b/o AMY M., *deceased*,<br><br>  Plaintiff,<br>v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>  Defendant. | No: 1:20-CV-03190-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Christopher J. Brackett.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 17, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel should remand this case to the Administrative Law Judge

ORDER ~ 1

(ALJ). On remand, the ALJ shall do the following: (1) reevaluate the opinion evidence; (2) reevaluate the claimant's alleged symptoms; (3) reevaluate the residual functional capacity; and (4) take any further action needed to complete the administrative record, including offering any substitute party or qualified survivor the opportunity for a hearing and, if needed, obtaining supplemental vocational expert testimony.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** July 12, 2021.

                               *s/Fred Van Sickle*
                                Fred Van Sickle
                        Senior United States District Judge

ORDER ~ 2