# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2021

SEAN F. McAVOY, CLERK

ROSA R.
o/b/o AMY M., deceased,

*Plaintiff*

v.

ANDREW M. SAUL, Commissioner of the Social Security Administration,

*Defendant*

Civil Action No. 1:20-CV-03190-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion for Remand, ECF No. 17, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 12, is DENIED as moot, given the parties' motion for remand. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Fred Van Sickle on a motion for remand.

Date: 7/12/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen